# EXHIBIT Q

## To

## Plaintiff Twin Rivers'
## Motion for Preliminary Injunction

**Infringement Claim Chart for U.S. Patent No. 7,022,993**

The accused product is the Fieldpiece Infrared Refrigerant Leak Detector model SRL2, pictured at right.  Pursuant to Local Patent Rule 3-1, Twin Rivers is informed and believes that the Fieldpiece SRL2 contains hardware, circuitry, software and other features that perform or implement infrared leak detection of refrigerant gases as disclosed and claimed in United States Patent No. 7,022,993 ("the '993 Patent").

Based on the information presently available to it, Twin Rivers contends that Fieldpiece directly infringes the '993 Patent by making, using, selling or offering to sell within the United States, or importing into the United States, infrared refrigerant leak detector products.  Twin Rivers also contends that Fieldpiece indirectly infringes the '993 Patent by actively inducing and contributing to its customers' direct infringement of the asserted claims.

The images in the claim chart below show all or portions of a Fieldpiece model SRL2 and/or images included on documentation provided with the SRL2 as part of the SRL2K7 kit sold by Fieldpiece.



1

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| 2.      A portable handheld infrared (IR) leak detector for detecting gas leaks, comprising: | |
| (a)    an infrared (IR) sampling chamber having |  |
| (ai)   an infrared (IR) emitter for emitting IR energy; | |
| (aii)  a first filter for blocking IR energy from approximately 6 microns down through the sampling chamber; | |
| (aiii) a second filter for allowing a selected IR energy range of approximately 8 to approximately 10 microns to pass through the sampling chamber; | |
| (aiv) a sensor for detecting resultant IR energy from the first filter and the second filter; and | |
| (b)    a pump for pulling a sample gas from a single suspected gas leak that emanates from a single pressurized gas source through the sampling chamber; | |
| (c)    a detector-sensor for detecting presence of selected gas constituents in the suspected gas leak from the sensor; and | |
| (d)    a handheld housing for supporting the chamber, the pump and the detector-sensor, so that the leak detector is portable and is carryable in a single hand, wherein the leak detector detects if a leak exists in the single pressurized gas source without introducing or mixing a secondary tracer within the leak detector. | |
| | |

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| 3.      The leak detector of claim 2, wherein the gas leak includes refrigerants selected from at least one of: (HFC) Hydrogenated Fluorocarbon compounds, (HCFC) Hydrogenated Chorofluoro Fluorocarbon compounds, and (CFC) Chorofluorocarbon compounds. | On page 2 of the Infrared Refrigerant Leak Detector Model: SRL2 OPERATOR'S MANUAL, Fieldpiece states:<br><br>**Specifications**<br>**Refrigerants:** HFC, CFC, HCFC, and blends |

3

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| 6.      A portable handheld infrared (IR) gas leak detector, comprising in combination: | |
| an inlet port attached to a housing for allowing the detector to take a gas sample that is being leaked from a gas source; |  |
| an infrared (IR) optical chamber in the housing having an IR emitter and sensor, wherein the IR sensor detects whether a selected gas compound from the selected sample in the chamber constitutes a gas leak; and | |

4

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| an audio output to the detector for emitting an audio signal from a detected leak, the audio output having a zero control setting having a substantially constant approximately 1 Hz chirp signal, the audio output digitally shifting to a 2 Hz chirp rate upon detection of the gas leak, and the audio output increasing the chirp rate above approximately 2 Hz in proportion to size of the gas leak being detected, the inlet port attached to the housing, and the housing for supporting the chamber and the audio output, the housing being portable and carryable in a single hand, wherein the leak detector detects if the gas leak exists without introducing or mixing a secondary tracer within the leak detector. |  |

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| 7.        A portable handheld infrared (IR) gas leak detector, comprising in combination: | |
| an inlet port attached to a housing for allowing the detector to take a gas sample that is being leaked from a gas source; |  |
| an infrared (IR) optical chamber in the housing having an IR emitter and sensor, wherein the IR sensor detects whether a selected gas compound from the selected sample in the chamber constitutes a gas leak; | |
| a signal detection accumulator in the detector with a forward biased detector circuit; and | |
| a zero circuit in the detector referenced to approximately a circuit ground instead of referenced between supply rails, the housing for supporting the attached inlet port, the chamber, the accumulator and the zero circuit, the leak detector being portable and carryable in a single hand, wherein the detector detects presence of the gas leak without introducing or mixing a secondary tracer within the leak detector. | |

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| 9.      A portable handheld infrared (IR) leak detector for detecting gas leaks, comprising: |  |
| an infrared (IR) sampling chamber having | |
| an infrared (IR) emitter for emitting IR energy, | |
| a first filter located next to the IR emitter for blocking IR energy from approximately 6 microns down through the sampling chamber, | |
| a second filter for allowing a selected IR energy range of approximately 8 to approximately 10 microns to pass through the sampling chamber, and | |
| an IR sensor for detecting resultant IR energy from the first filter and the second filter, the second filter being located in front of the IR sensor: and | |
| a pump for pulling a sample gas front a single suspected gas leak that emanates front a single pressurized gas source through the sampling chamber; | |
| a detector-sensor for detecting presence of selected gas constituents in the suspected gas leak from the sensor; | |

7

Claim Chart

| U.S. Patent No. 7,022,993 | Fieldpiece SRL2 |
|---|---|
| a sensitivity level switch having at least three setting levels of refrigerant gas leak sensitivity, wherein each of the setting levels of refrigerant gas leak sensitivity mea- sure difierent refrigerant gas leak rate levels of ounces per year: | On page 1 of the Infrared Refrigerant Leak Detector Model: SRL2 OPERATOR'S MANUAL, Fieldpiece states:<br><br>**L/M/H Button (Sensitivity)**<br>Set the sensitivity level by pressing the LIM/H button. Low(L), medium(M), or high(H) sensitivity will be indicated by their respective LED. |
| a single handheld housing having a single handgrip for supporting the chamber and the pump and the detector-sensor and the sensitivity level switch. so that the leak detector is portable and is carryable in a single hand, wherein the leak detector detects if a leak exists iii the single pressurized gas source without introducing or mixing a secondary tracer within the leak detector. |  |

8