UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-4502 MLH (MRWx) | Date | November 15, 2017 |
| Title | Twin Rivers v. Fieldpiece | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

     1.    In an action plagued by discovery disputes, Defendants filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 230.) The motion is accompanied by a statement alleging that Plaintiff failed to meet with the defense to discuss the dispute after service of a letter required under this Court's Local Rule 37-1. (Docket # 230-1 at 4, 230-15 at 7.) Defendants filed their one-sided motion immediately after the expiration of the 10-day period specified in the rule. On that basis and in apparent reliance on Rule 37-2.4, Defendants did not solicit Plaintiff's participation in the filing of a joint submission.

     2.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiff is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing / meet-and-confer process <u>and</u> to submit a substantive response to the discovery motion by <u>November 27.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).