UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN RIVERS ENGINEERING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIELDPIECE INSTRUMENTS, INC.;<br>and CHY FIREMATE CO., LTD.,<br><br>Defendants. | Case No.: 2:16-cv-04502-MLH (MRWx)<br><br>**ORDER TO SHOW CAUSE** |

On April 27, 2018, Defendants Fieldpiece Instruments, Inc. and CHY Firemate Co. Ltd. filed five motions in limine. (Doc. Nos. 379, 380, 381, 382, 383.) On May 11, 2018, Plaintiff Twin Rivers Engineering, Inc. filed its responses in opposition to the motions in limine. (Doc. Nos. 393, 394, 395, 396, 398.) In support of its opposition to Defendants' fifth motion in limine, Plaintiff filed a sealed document. (Doc. No. 397.) Plaintiff did not file a motion for leave to file this document under seal.

As a result, the Court orders Plaintiff to show cause as to why Docket Entry No. 397 should not be struck for failure to seek leave to file the document at issue under seal. Plaintiff must file a motion for leave to file the document under seal by **Friday, May 18, 2018**, or the Court will strike the document.

1

| | |
|---|---|
| 1 | In addition, the Court notes that Plaintiff has failed to comply with the Court's May |
| 2 | 1, 2018 order.  (Doc. No. 388.)  In that order, the Court ordered Plaintiff to file redacted |
| 3 | versions of Docket Entry No. 292 and Docket Entry No. 323.  (<u>Id.</u>)  To date, Plaintiff has |
| 4 | not filed the redacted versions of those documents. |
| 5 | **IT IS SO ORDERED.** |
| 6 | DATED: May 16, 2018 |

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT
2

2:16-cv-04502-MLH (MRWx)